WILLIAM BAYLEY, appellant,

v.

SARAH BAYLEY, respondent.

[Argued March 4th, 1914.   Decided March 4th, 1914.]

On appeal from a decree of the court of chancery advised by Advisory Master Halsey M. Barrett.

*Mr. Absalom P. Bachman,* for the appellant.

*Mr. Jerome D. Gedney,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Advisory Master Halsey M. Barrett.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE—11.

*For reversal*—None.